ANNE BRYANT, Appellant, v BROADCAST MUSIC, INC., Also Known as "BMI," et al., Defendants, and SUNBOW PRODUCTIONS, INC., Respondent.

Submitted March 13, 2017; decided May 9, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of CLIFFORD W.C., III, a Child Alleged to be Abandoned. CLIFFORD C., Also Known as CLIFFORD W.C., II, Appellant; GRAHAM-WINDHAM SERVICES TO FAMILIES AND CHILDREN, Respondent.

Submitted February 27, 2017; decided May 9, 2017

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

In the Matter of FRANK GARCIA, Appellant, v ANTHONY AN-NUCCI, Acting Commissioner, New York State Department of Corrections and Community Suprevision, Respondent.

In the Matter of FRANK GARCIA, Appellant, v ANTHONY AN-NUCCI, Acting Commissioner, New York State Department of Corrections and Community Suprevision, Respondent.

Submitted February 21, 2017; decided May 9, 2017

Reported below, 2016 NY Slip Op 85097(U).

Motion for reargument of motion for leave to appeal denied [see 28 NY3d 1102 (2016)].